**F I L E D**

OCT 1 2 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Nunber: SA:22-M -01548(1) |
| | § | |
| (1) Moises Jaekob Vargas | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Stephen Gordon is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

**It is so ORDERED** this 12th day of October, 2022.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE