**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **SA-22-CR-579-XR** |
| | § | |
| **MOISES JAEKOB VARGAS** | § | |

**DEFENDANT'S MOTION FOR TEMPORARY**
**RELEASE FROM CUSTODY**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE, XAVIER RODRIGUEZ:**

NOW COMES Defendant, Moises Jaekob Vargas by his attorney, Stephen H. Gordon, and respectfully moves this Honorable Court to issue an Order temporarily releasing Defendant from custody for the purpose of attending his sister's funeral.

I

The Defendant is currently being held at the Webb County Detention Facility. Defendant's sister, Tracy Vargas, passed away on December 19, 2022. Her viewing is set for Thursday, January 12, 2023, between 1 and 5 p.m., and will be held at Roy Akres Funeral Home, 515 N Main Ave San Antonio, TX 78288, (210) 226-7201 (Exhibit 1). Defendant is seeking temporary release to attend his sister's viewing on the 12th and/or funeral services the following day.

Unfortunately, Defendant's mother Adriana Gamez, has not yet been able to obtain a copy of Tracy's death certificate because the coroner's office has indicated that there may be "foul play" involved in her death. Ms. Gamez has received correspondence from the funeral home indicating that they are ready to pick up Tracy's body (Exhibit 2), but that Ms. Gamez will have to fill out an "Authorization to Release Remains" form first. (Exhibit 3).

II.

Defense Counsel has consulted with Assistant U.S. Attorney Tracy Thompson on this matter and she has stated that she is NOT opposed to this Motion.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully request this Honorable Court to order him released to attend his sister's funeral.

Respectfully submitted.

THE GORDON LAW FIRM, P.C.

/s/_____
STEPHEN H. GORDON
State Bar No. 24007252
5820 IH-10 West, Suite 400
San Antonio, Texas  78201
PH. (210) 531-9700
FX.  (210) 732-0158
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:  Assistant U.S. Attorney Tracy Thompson.

/s/_____/
STEPHEN H. GORDON
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **SA-22-CR-579-XR** |
| § | |
| **MOISES JAEKOB VARGAS** § | |

### ORDER FOR TEMPORARY RELEASE FROM CUSTODY

On this date came on to be considered by the Court Defendant's Motion for Temporary Release from Custody.

The Court, after considering same, is of the opinion that such Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Defendant shall be temporarily released from the Webb County Correctional facility under the supervision of the United States' Marshall's Office under the following terms and conditions:

_____

The United States Marshall's office is hereby instructed to take all reasonable and necessary steps to comply with this order to ensure that the Defendant will be able to attend the viewing and/or funeral services for his sister, Tracy Vargas (viewing currently scheduled for January 12, 2023 at 1-5 p.m., and funeral services on January 13, 2023). The clerk of court shall send a copy of this to Order to the United States Attorney, the attorney for the Defendant, and the Pretrial Services officer.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge Xavier Rodriguez