

**Roy Akers Funeral Pricing**
7 messages

---

**Aldrich, Savannah** <Savannah.Aldrich@sci-us.com>  Fri, Dec 23, 2022 at 2:12 PM
To: sun10shine05@gmail.com <sun10shine05@gmail.com>
Cc: Donnell, Halee <Halee.Donnell@sci-us.com>

Hello Ms. Gamez,

I am sorry that you are having to go through this situation, but we are here to help however we can.

Here is our Package Pricing currently available.

If you have any questions or concerns please feel free to give us a call at 210-226-7201.


Thank You,

Savannah Aldrich

Funeral Assistant

---

**Sun Shine** <sun10shine05@gmail.com>  Mon, Dec 26, 2022 at 1:19 PM
To: Aldrich, Savannah <Savannah.Aldrich@sci-us.com>
Cc: Donnell, Halee <Halee.Donnell@sci-us.com>

Savannah,

Can you bring her body to your funeral home. I want her services done there. I know you said I can't make formal arrangements until the 27th but I want her out of the city coroner's facility. What do I need to do to for you guys to pick her up?

[Quoted text hidden]

---

**Sun Shine** <sun10shine05@gmail.com>  Tue, Dec 27, 2022 at 8:58 AM
To: Aldrich, Savannah <Savannah.Aldrich@sci-us.com>
Cc: Donnell, Halee <Halee.Donnell@sci-us.com>

Still waiting on release form.
[Quoted text hidden]

---

**Sun Shine** <sun10shine05@gmail.com>  Tue, Dec 27, 2022 at 8:59 AM
Draft To: Aldrich, Savannah <Savannah.Aldrich@sci-us.com>
Cc: Donnell, Halee <Halee.Donnell@sci-us.com>

On Fri, Dec 23, 2022, 2:12 PM Aldrich, Savannah <Savannah.Aldrich@sci-us.com> wrote:

> Hello Ms. Gamez,
>
> I am sorry that you are having to go through this situation, but we are here to help however we can.
>
> Here is our Package Pricing currently available.
>
> If you have any questions or concerns please feel free to give us a call at 210-226-7201.
>
> Thank You,
>
> Savannah Aldrich
>
> Funeral Assistant

**Aldrich, Savannah** <Savannah.Aldrich@sci-us.com>                                           Tue, Dec 27, 2022 at 9:07 AM
To: Sun Shine <sun10shine05@gmail.com>
Cc: Donnell, Halee <Halee.Donnell@sci-us.com>

Hello Mrs Gamez,

Here is the Medical Examiner release form if you can please print and fill out the bottom portion, then send us a picture of the completed form. We did call the Medical Examiner and Tracey is ready for pick up, as soon as we get this form back I can have my team bring her in to our care. If you have any questions please give us a call at 210-226-7201

**From:** Sun Shine <sun10shine05@gmail.com>
**Sent:** Tuesday, December 27, 2022 8:58:29 AM
**To:** Aldrich, Savannah
**Cc:** Donnell, Halee
**Subject:** Re: Roy Akers Funeral Pricing

**CAUTION:** This email is from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

**Sun Shine** <sun10shine05@gmail.com>                                           Tue, Dec 27, 2022 at 9:17 AM
To: Aldrich, Savannah <Savannah.Aldrich@sci-us.com>
Cc: Donnell, Halee <Halee.Donnell@sci-us.com>

[Quoted text hidden]

---

**Sun Shine** <sun10shine05@gmail.com>  Tue, Dec 27, 2022 at 9:17 AM
To: Aldrich, Savannah <Savannah.Aldrich@sci-us.com>
Cc: Donnell, Halee <Halee.Donnell@sci-us.com>

[Quoted text hidden]