

**BEXAR COUNTY MEDICAL EXAMINER'S OFFICE**
D. KIMBERLEY MOLINA, M.D.
CHIEF MEDICAL EXAMINER

7337 Louis Pasteur Drive, San Antonio, Texas 78229-4565
(210) 335-4011          FAX (210) 335-4091 or (210) 335-4021

*"Accredited by the National Association of Medical Examiners"*

---

## AUTHORIZATION TO RELEASE REMAINS

TO:    Bexar County Medical Examiner's Office

FROM:  Roy Akers Funeral Home
       (Funeral Home Name)

DATE:  12/27/2022

I, __Adriana Gamez__, hereby certify and represent that I am the __Mother__
    (Print Name)                                                (Relationship to decedent)

and legal next of kin of:

__Tracey Vargas__, AKA _____,
(Name of Decedent as it appears on Social Security Card or birth certificate)

__11/02/1987__, _____.
(Date of Birth)   (Social Security Number if applicable)

I, the undersigned, further agree to release the Bexar County Medical Examiner's Office from any liability on account of the said authorization.

It is my desire and request that you release the personal effects and the remains of the decedent to

__Roy Akers Funeral Home__ or their agent.
(Name of Funeral Home)

Signature of Next of Kin: _[signature]_   Relationship __Mother__

Address: __308 S Walters, San Antonio Texas 78203__

Telephone Number: __210.417.2299__

Witnessed by: _____    Date: _____

Revised: 07/07/2020