**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **SA-22-CR-579-XR(1)** |
| § | |
| **MOISES JAEKOB VARGAS** § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF
TRIAL AND RELATED DEADLINES**

**TO THE HONORABLE UNITED STATES DISTRICT XAVIER RODRIGUEZ:**

NOW COMES Counsel for Defendant and respectfully moves this Honorable Court to continue the Trial setting of April 3, 2023, and related deadlines. In support of his motion and accordance with Rule 47 of the Federal Rules of Criminal Procedure, Defense Counsel states the following:

I.

The Defendant has signed the Plea Agreement in this case, and Counsel has just forwarded he document to AUSA Tracy Thompson. She should be signing it and filing with the Court shortly.

II.

Counsel does not make this motion for the purpose of delay but so that the ends of justice may be served, and realizes that any continuance granted by this Honorable Court will be excluded for the purposes of Speedy Trial calculations. 18 U.S.C. § 316(h)(8)(A).

III.

Counsel for Defendant has discussed this matter with opposing counsel, Assistant U.S. Attorney Tracy Thompson (through her office), and she has indicated no opposition to the granting of this Motion.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully request this Honorable Court continue the trial setting and related settings.

Respectfully submitted.

THE GORDON LAW FIRM, P.C.

/s/_____
STEPHEN H. GORDON
State Bar No. 24007252
5820 IH-10 West, Suite 400
San Antonio, Texas 78201
PH. (210) 531-9700
FX.  (210) 732-0158
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2023, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:  Assistant U.S. Tracy Thompson.

/s/_____
STEPHEN H. GORDON
Attorney for Defendant

2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **SA-22-CR-579-XR(1)** |
| § | |
| **MOISES JAEKOB VARGAS** § | |

## ORDE GRANTING CONTINUANCE

On this date came on to be considered by the Court Defendant's Unopposed Motion for Continuance of Trial and Related Deadlines.

The Court, after considering same, is of the opinion that such Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the trial is reset for _____ at _____ __. M.

The rearraignment and plea hearing is reset for _____, at _____ __ M.

The plea bargain deadline is reset for _____.

The deadline to file pretrial motions is reset for_____.

The clerk of court shall send a copy of this to Order to the United States Attorney, the attorney for the Defendant, and the Pretrial Services officer. Counsel for Defendant shall notify Defendant of this setting and**,** if a Defendant is on bond, advise the Defendant that he must be present for all court settings unless excused by the Court.

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge Xavier Rodriguez

3