# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:22-CR-00579(1)-XR |
| § | |
| (1) MOISES JAEKOB VARGAS § | |

## ORDER RESETTING SENTENCING

    IT IS HEREBY ORDERED that the above entitled and numbered case is **RESET** for **SENTENCING** in Courtroom H on the Third Floor of United States Courthouse, 262 W. Nueva Street, San Antonio, Texas on **Wednesday, September 06, 2023 at 01:30 PM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 11th day of August, 2023.

                                                                   _____
                                                                   XAVIER RODRIGUEZ
                                                                   UNITED STATES DISTRICT JUDGE