

Civil court case records are no longer provided in search results. To search civil data, visit the **Bexar County Portal Smart Search** (https://portal-txbexar.tylertech.cloud/Portal/).

# Case #676201

**Mag Case Number**: NM643494

**Name**: TYRONE WALDO FLOYD

**SID**: 1157158

**Judicial Number**: 2051703

**Case Status Date**: 10/1/2022

**Case Status**: *** JN CLOSED ***

**Court** : CC11

**Location** : CLS

**Fine Amount** :  0.00

**Court Costs** :  0.00

**Sentence** : 0000000000

**Disposition Date** : 3/29/2022

**Disposition Status** :

**Offense Date** : 12/26/2021

**Offense Description** : ASSAULT BODILY INJURY-MARRIED/

**Judgment Date** : N/A

**Judgment** :

**Attorney Name** :

**LDC** : ERNST, KYLE JORDAN

# Case Events

Currently viewing all 55 records

| Date | Description |
|---|---|
| 10/1/2022 | *** JN CLOSED *** |
| 5/6/2022 | FILE RECD IN COURT POSBOX555 |
| 4/5/2022 | ATTY VOUCHER FLD 24104178 KE |
| 4/5/2022 | ATTY VOUCHER FRWD 180.00 |
| 3/31/2022 | FILE RECD IN COURT CRCENTRAL |
| 3/29/2022 | AWTG HEARING |
| 3/29/2022 | OUTTAKE DA 24116606 |
| 3/29/2022 | HEARING HELD |
| 3/29/2022 | DSMD-COMP WAV PROS |
| 3/29/2022 | DISMISSAL |
| 3/29/2022 | CASE CLOSED |
| 3/29/2022 | DISP/NO FORF 0629 1957278 |
| 3/29/2022 | REL OF LIABILITY 1957278 |
| 3/29/2022 | BOND CLOSED 1957278 |
| 3/29/2022 | Pretrial Supervisi on terminated SAT |
| 3/17/2022 | HEARING DATE RESET |
| 3/17/2022 | AWTG HEARING |
| 3/7/2022 | HEARING DATE RESET |
| 3/7/2022 | AWTG HEARING |
| 3/2/2022 | HEARING DATE SET |
| 3/2/2022 | AWTG HEARING |
| 1/25/2022 | ARRAIGNMENT SET |
| 1/25/2022 | ARRAIGNMENT HELD |
| 1/25/2022 | ARRAIGNMENT |
| 1/25/2022 | ARRAIGNMENT WAIVED |
| 1/13/2022 | FILE RECD IN COURT CC11 |
| 1/11/2022 | COMPLAINT REC'D CF |
| 1/11/2022 | FILE SENT TO COURT CC11 |
| 1/7/2022 | DA INFO TO CCF |
| 1/7/2022 | APPT OF ATTY FLD |
| 1/6/2022 | DEF ATTORNEY APP 24104178 |
| 1/6/2022 | ATTORNEY APPOINTED V0000P0000 |
| 1/6/2022 | APPT- JUDGE REQST TOMMY STOLHANDSKE |
| 1/4/2022 | APPT OF ATTY FLD |
| 1/4/2022 | CC RECEIVED BOND # 1957278 |

| Date | Description |
|---|---|
| 12/29/2021 | BOND MADE 2500.00 1957278 |
| 12/29/2021 | SID 0438270 B20214273301 1957278 |
| 12/29/2021 | REL'D ON BOND |
| 12/29/2021 | Pretrial Supervisi on started |
| 12/29/2021 | DEF ATTORNEY APP 08608300 |
| 12/29/2021 | ATTORNEY APPOINTED V0000P0000 |
| 12/29/2021 | RELEASED FROM JAIL |
| 12/29/2021 | Offender record se nt to VINE2051703001 |
| 12/26/2021 | MA 131352 ASSAULT BODILY INJURY-MARRIE |
| 12/26/2021 | COMPLAINT FILED NM 643494 |
| 12/26/2021 | BOOKED B20214273301 |
| 12/26/2021 | BOND SET 2500.00 0000000 |
| 12/26/2021 | DEF. MAGISTRATED |
| 12/26/2021 | AWTG DKT APPEARNCE |
| 12/26/2021 | CNTY COURT ASSIGND CC11 676201 |
| 12/26/2021 | Offender record se nt to VINE2051703001 |
| 12/26/2021 | Charge record sent to VINE 2051703001 |
| 12/26/2021 | SPEC COND BND JDG RAMOS |
| 12/26/2021 | ORDER NO HARMFUL OR INJURIOUS CONTACT |
| 12/26/2021 | NO FIREARMS PPOU |