# County Clerk & District Clerk Court Records Search

Civil court case records are no longer provided in search results. To search civil data, visit the **Bexar County Portal Smart Search** (https://portal-txbexar.tylertech.cloud/Portal/).

# Case #694324

**Mag Case Number**: NM682059

**Name**: TYRONE WALDO FLOYD

**SID**: 1157158

**Judicial Number**: 2093147

**Case Status Date**: 3/14/2023

**Case Status**: CASE CLOSED

**Court** : CC8

**Location** : CLS

**Fine Amount** :  0.00

**Court Costs** :  0.00

**Sentence** : 0000000000

**Disposition Date** : 3/14/2023

**Disposition Status** :

**Offense Date** : 10/6/2022

**Offense Description** : ASSAULT BODILY INJURY-MARRIED/

**Judgment Date** : N/A

**Judgment** :

**Attorney Name** :

**LDC** : CUELLAR, DAVID

# Case Events

*Currently viewing all 60 records*

| Date | Description |
| --- | --- |
| 4/5/2023 | ATTY VOUCHER FLD 00796420 DC |
| 4/5/2023 | ATTY VOUCHER FRWD 180.00 |
| 4/3/2023 | EFILE ENVELOPE NBR 74291882 |
| 4/3/2023 | NOTICE FOR ATTORNEY PAYMENT VOU |
| 4/3/2023 | CHER |
| 3/17/2023 | FILE RECD IN COURT CRCENTRAL |
| 3/14/2023 | SET JURY TRIAL |
| 3/14/2023 | AWTG TRIAL |
| 3/14/2023 | OUTTAKE DA 24109011 |
| 3/14/2023 | HOLD NON-JURY |
| 3/14/2023 | DSMD-MISNG WITNESS |
| 3/14/2023 | DISMISSAL |
| 3/14/2023 | CASE CLOSED |
| 3/14/2023 | DISP/NO FORF 0614 1992056 |
| 3/14/2023 | REL OF LIABILITY 1992056 |
| 3/14/2023 | BOND CLOSED 1992056 |
| 3/14/2023 | Pretrial Supervisi on terminated SAT |
| 3/14/2023 | FAILURE TO APPEAR 1992056 |
| 3/14/2023 | FAILURE TO APPEAR 1992056 |
| 1/30/2023 | PRE-TRIAL CONFRNCE |
| 1/30/2023 | AWTG HEARING |
| 1/30/2023 | HEARING HELD |
| 1/20/2023 | DEF ATTORNEY APP 00796420 |
| 1/20/2023 | ATTORNEY APPOINTED V000P0000 |
| 1/19/2023 | HEARING DATE RESET |
| 1/19/2023 | AWTG HEARING |
| 1/4/2023 | FILE RECD IN COURT CC8 |
| 12/30/2022 | CNTY COURT TRANSFR CC8 |
| 12/30/2022 | COURT TRNSFR ORDER |
| 11/16/2022 | ARRAIGNMENT SET |
| 11/16/2022 | ARRAIGNMENT HELD |
| 11/16/2022 | ARRAIGNMENT |
| 10/24/2022 | VA-IMPACT RET'D BA MV |
| 10/21/2022 | FILE RECD IN COURT CC11 |
| 10/20/2022 | COMPLAINT REC'D CF |

| Date | Description |
| --- | --- |
| 10/20/2022 | FILE SENT TO COURT CC11 |
| 10/19/2022 | DA INFO TO CCF |
| 10/18/2022 | CC RECEIVED BOND # 1992056 |
| 10/14/2022 | VA-IMPACT SENT MV |
| 10/13/2022 | RELEASED FROM JAIL |
| 10/13/2022 | Offender record se nt to VINE2093147001 |
| 10/12/2022 | Pretrial Supervisi on started |
| 10/11/2022 | BOND MADE 3500.00 1992056 |
| 10/11/2022 | SID 0438420 B20223529601 1992056 |
| 10/11/2022 | REL'D ON BOND |
| 10/10/2022 | APPT OF ATTY FLD |
| 10/7/2022 | BOOKED B20223529601 |
| 10/7/2022 | BOND SET 3500.00 0000000 |
| 10/7/2022 | DEF. MAGISTRATED |
| 10/7/2022 | AWTG DKT APPEARNCE |
| 10/7/2022 | CNTY COURT ASSIGND CC11 694324 |
| 10/7/2022 | Offender record se nt to VINE2093147001 |
| 10/7/2022 | Charge record sent to VINE 2093147001 |
| 10/7/2022 | DEF ATTORNEY APP 24104178 |
| 10/7/2022 | ATTORNEY APPOINTED V0000P0000 |
| 10/7/2022 | SPEC COND BND JDG BROWN |
| 10/7/2022 | ORDER NO CONTACT ORDER |
| 10/7/2022 | NO FIREARMS PPOU |
| 10/6/2022 | MA 131352 ASSAULT BODILY INJURY-MARRIE |
| 10/6/2022 | COMPLAINT FILED NM 682059 |