Dear, Your Honor

I'm writing you to give you some insight about my character and how I got here then I want to let you know how I plan on taking a different path when I leave here.

I have always been a funny person, hyper and I could turn the worst day into a better one. I once walked 2 hours in the summer heat just to go to a cousin's graduation. I've traveled to another state just to help my friend who was going through a divorce. I love to make people smile. I love to support and uplift and I'm a great ear for anyone who wants to talk.

A little over 2 years ago at this time I was mourning the loss of my partner of 10 years I met another person who helped me took me in and helped me escape the pain of my partner's death. But then he introduced me to meth and it quickly turned bad. He convinced me that my family didn't care about me though I was also too ashamed of the fact that I was on drugs to see them. I exploited my mother for him when we had no money. I felt I was losing myself and still I stayed with him and fooled myself into thinking I loved him. Then he started hitting me when I would stand up for myself or mention that I missed my mother. I really felt like I was a shell of my old self. I became numb to all. One night we had no drugs or money and I said the wrong thing so my partner beat me so bad and choked me that I couldn't talk and was sure I was going to die. He locked in a closet and left me in there for a couple hours then I found and old phone of his and called 911 from it and the cops came and he went to jail. We were already losing our apartment and behind on the bills.

I was so hooked on drugs I just hid in the apartment broken and defeated and too ashamed to go to my Mother. Then I met someone who had drugs but I started having these really bad conversations with and I turned a blind eye to the nature of those conversations because I really wanted the drugs. I hate the person I've become. Those conversations were really bad and landed me here locked up still mourning my dead partner and now my sister has passed while I'm in here and my mother inherited her kids and I can't help her or hug her. It's really hard in here.

Now I want to tell you how I plan on never getting myself back into that position ever again. First thankfully I've been off the drugs for a year. I've taken drug courses here. I would like to ask you for any resource possible to help as well. I have asked my family to help create a support system if things ever go gray again.ive also cut all ties to the person who got me hooked on meth. I will never talk to him again now know better and will have better for myself moving forward. I've gotten a restraining order on him as well. I would like to asked to go to a rehab if available.

I hope maybe you can see I'm not the horrible charge you see on a piece of paper.im a bright light.

Thank you so much for taking the time to read this your honor.

Moises Jaekob Vargas