

MENU



OBITUARY

# Tracey Vargas

NOVEMBER 2, 1987 – DECEMBER 19, 2022

IN THE CARE OF

Funeraria del Angel Roy Akers

## Tracey Vargas, age 35, of San Antonio, Texas passed away on Monday, December 19, 2022.

A visitation for Tracey will be held Thursday, January 12, 2023 from 5:00 PM to 9:00 PM at Funeraria Del Angel Roy Akers, 515 North Main Ave, San Antonio, TX 78205. A prayer service will occur Thursday, January 12, 2023 from 7:00 PM to 8:00 PM, 515 North Main Ave, San Antonio, TX 78205. A funeral service will occur Friday, January 13, 2023 from 10:30 AM to 11:30 AM, 515 North Main Ave, San Antonio, TX 78205. A graveside service will occur Friday, January 13, 2023 from 12:00 PM to 12:30 PM at San Jose Burial Park, 8235 Mission Rd., San Antonio, TX 78214.

Fond memories and expressions of sympathy may be shared at www.FunerariaDelAngelRoyAkers.com for the Vargas family.

## Show your support



# Services

### THURSDAY, JANUARY 12, 2023

## Visitation

5:00 pm - 9:00 pm

**FUNERARIA DEL ANGEL ROY AKERS**

315 North Main Ave
San Antonio, TX 78205



SEND
FLOWERS

RECEIVE
UPDATES

**THURSDAY, JANUARY 12, 2023**

## Prayer Service

7:00 pm - 8:00 pm

**FUNERARIA DEL ANGEL ROY AKERS**

515 North Main Ave
San Antonio, TX 78205



SEND
FLOWERS

RECEIVE
UPDATES

**FRIDAY, JANUARY 13, 2023**

## Funeral Service

10:30 am - 11:30 am

**FUNERARIA DEL ANGEL ROY AKERS**

515 North Main Ave
San Antonio, TX 78205



SEND
FLOWERS

RECEIVE
UPDATES

FRIDAY, JANUARY 13, 2023

## Graveside Service

12:00 pm - 12:30 pm

**SAN JOSE BURIAL PARK**

1235 Mission Rd.
San Antonio, TX 78214



SEND FLOWERS

RECEIVE UPDATES

# In Memory Of
### Tracey Vargas

1                    1

Help tell the story of your loved one's unique life. Leave a memory or share a photo or video below to show your support.

## Click to light a candle

**4 CANDLES HAVE BEEN LIT**

ADD A MEMORY

**Jana Leos**
**Friend**

12/31/2022

Oh my sweet Tracey, you were like a daughter to me from the time you were about 10 years old. I am truly going to miss you even though we haven't seen each other in a while. You were always loving, sweet and so full of joy. I will always remember you, my heart is broken, but we will see each other again. Rest peaceful little princess 🖤. Love you forever

0

View 1 comment

## Support Resources



TAKING CARE OF YOURSELF

*Helping yourself at your time of loss*

LEARN MORE



TAKING CARE OF OTHERS

*Helping others endure their loss*

**LEARN MORE**

**VIEW ALL ARTICLES**



ABOUT US    CONTACT US    CAREERS    PRIVACY POLICY    TERMS OF SERVICE
ACCESSIBILITY                       DO NOT CALL

© 2022 SCI SHARED RESOURCES, LLC. ALL RIGHTS RESERVED

Do Not Sell or Share My Personal Information

This site is provided as a service of SCI Shared Resources, LLC. The Dignity Memorial brand name is used to identify a network of licensed funeral, cremation and cemetery providers that include affiliates of Service Corporation International, 1929 Allen Parkway, Houston, Texas. With over 1,900 locations, Dignity Memorial providers proudly serve over 375,000 families a year.