# Report of Death

000044445517975

Vital Statistics 25 TAC Sec. 181.2(a) "The funeral director, or person acting as such, who assumes custody of a dead body or fetus shall obtain an electronically filed report of death through a Bureau of Vital Statistics system or complete a report of death before transporting the body. The report of death shall within 24 hours be mailed or otherwise transmitted to the local registrar of the district in which the death occurred or in which the body was found. A copy of the completed or electronically filed report of death as prescribed by the Bureau of Vital Statistics shall serve as authority to transport or bury the body or fetus within this state."

**Print in dark ink the legal name of the deceased as shown on the Social Security card or birth**

| TRACEY | | VARGAS | | | VARGAS |
|---|---|---|---|---|---|
| first | middle | last | suffix | AKA | maiden |

Date of Death: 12 / 19 / 2022   Sex: FEMALE   Date of Birth: 11 / 02 / 1987

Social Security Number: 4 6 1 – 9 1 – 5 9 5 2   ☐ None   ☐ Not Available

**Place of Death (check one)**

☐ Hospital Inpatient
☐ Hospital Emergency Room/Outpatient
☐ Hospital Dead on Arrival
☐ Hospice Facility
☐ Nursing home/Long term care facility
☐ Home of Deceased
☒ Other (specify): PRIVATE RESIDENCE

Facility Name (If not institution, give street & number)
**506 BENRUS BLVD.**

City, Town, or Precinct Number: **SAN ANTONIO, 78228**
County: **BEXAR**

Local registration office for the area where this death occurred: REGISTRAR - SAN ANTONIO CITY CLERK

☐ This death may be due to homicide, suicide or accident; or this death occurred without medical attendance.

This death will be certified by: ☐ Physician   ☒ Medical Examiner   ☐ Justice of the Peace

Name and address of certifier:
DAVID T LYNCH

**BEXAR COUNTY ME**

7337 LOUIS PASTEUR DRIVE
SAN ANTONIO, TX 78227

Name and address of person making this report (if funeral director list license number and funeral home):
HALEE DONNELL 118300

**FUNERARIA DEL ANGEL ROY AKERS**

515 N. MAIN AVE.
SAN ANTONIO, TX 78205

HALEE DONNELL- BY ELECTRONIC SIGNATURE                                01/09/2023

Signature or electronic verification of person making this report        Date of report

The Report of Death may be mailed, faxed, emailed, electronically registered or conveyed in person. A copy of this document is to accompany the body. This report contains confidential information.

Date /Time Received

| Report | |
|---|---|
| Certificate | |
| Electronic | |

Registrar Use Only

VS-115 Revised 9/2004 (may be duplicated)

WARNING: This is a governmental document. Texas Penal Code, Section 37.10, specifies penalties for making false entries or providing false information in this document.