

# CYPHERWORX

Certifies that

## MOISES VARGAS

has successfully completed

## Substance Abuse

on
June 11, 2023

CEUs Earned: 0.15

Clock Hours: 1.50



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





ACCREDITED IACET PROVIDER



# CYPHERWORX

Certifies that

## MOISES VARGAS

has successfully completed

### Domestic Abuse

on
June 28, 2023

CEUs Earned: 0.2

Clock Hours: 2.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.



ACCREDITED IACET PROVIDER

# CYPHERWORX



Certifies that

## MOISES VARGAS

has successfully completed

**Managing Stress**

on
June 26, 2023

CEUs Earned: 0.1
Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.



ACCREDITED IACET PROVIDER



# CYPHERWORX

Certifies that

## MOISES VARGAS

has successfully completed

**Offender Responsibility**

on

June 25, 2023

CEUs Earned: 0.1

Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.



# CYPHERWORX

Certifies that

## MOISES VARGAS

has successfully completed

### Cognitive Awareness

on
June 28, 2023

CEUs Earned: 0.1

Clock Hours: 1.00





Paul W. Cypher, President & CEO,
CypherWorx, Inc.



ACCREDITED IACET PROVIDER



# CYPHERWORX

Certifies that

## MOISES VARGAS

has successfully completed

### Adapting to Change

on
June 28, 2023

CEUs Earned: 0.05

Clock Hours: 0.50



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





ACCREDITED IACET PROVIDER

# CYPHERWORX

Certifies that

## MOISES VARGAS

has successfully completed

## Contentious Relationships

on
June 18, 2023

CEUs Earned: 0.15

Clock Hours: 1.50





Paul W. Cypher, President & CEO,
CypherWorx, Inc.



ACCREDITED IACET PROVIDER