```
                                              FILED
                                              November 28, 2023
   UNITED STATES DISTRICT COURT                CLERK, U.S. DISTRICT COURT
    WESTERN DISTRICT OF TEXAS                  WESTERN DISTRICT OF TEXAS
        SAN ANTONIO DIVISION
                                          BY: _____SAF_____
                                                              DEPUTY
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | **CRIMINAL NO. SA-22-CR-00579-XR** |
| ) | |
| **MOISES JAEKOB VARGAS,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the property described below and the violation of Title 18 U.S.C. § 2252A(a)(5)(B), by virtue of the Defendant's plea agreement with the factual basis contained therein. The Court further finds that the Defendant has an interest in the property described below and does hereby GRANT said Motion.   IT IS THEREFORE,

ORDERED that all right, title, and interest of the Defendant in the property described below, to wit:

1. Silver iPhone 12 ProMax; IMEI: 356789280851559; and
2. Any and all other property involving any visual depiction described in Title 18, United States Code sections 2251, 2251A, 2252, 2252A, 2252B, or 2260,

hereinafter referred to as the Subject Personal Property be, and hereby is, forfeited to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all other potential petitioners, in the Subject Personal Property be, and hereby is, held in default and FORFEITED to the United

States of America; and IT IS FURTHER,

ORDERED that the Federal Bureau of Investigation and/or the United States Marshals Service and/or its designated agent, shall seize, take custody, control, and possession of the aforementioned forfeited Subject Personal Property, and shall dispose of same in accordance with law; and IT IS FURTHER,

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 32) entered on June 15, 2023, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this __28th__ day of ____November____, 2023

_____
XAVIER RODRIGUEZ
United States District Judge

2